IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDALL PHILLIPS d/b/a )
VOLUNTEER PROPERTIES )
) NO. 3-14-0653
v. ) JUDGE CAMPBELL
)
NATIONAL SURETY CORP. )

ORDER

The parties have filed a Joint Motion to Enter Order of Dismissal with Prejudice Based upon Settlement (Docket No. 18). Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for July 13, 2015, and the jury trial set for July 21, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE